1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| CAMERON WARREN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VANESSA DARCHEVILLE,<br><br>　　　　　Defendant. | Case No. 4:21-cv-09697-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jospeh C. Spero for consideration of whether the case is related to *Warren v. Guerrero*, 21-cv-09427-JCS.

　　　　IT IS SO ORDERED.

Dated: December 17, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge